**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Alioune NDIONGUE, Defendant–**
**Appellant.**

**No. 12–12142**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 2, 2013.

Steven E. Butler, Kenyen Ray Brown, Donna Barrow Dobbins, Gina S. Vann, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

---

Raymond Arthur Pierson, Attorney at Law, Mobile, AL, Alioune Ndiongue, Washington, MS, for Defendant–Appellant.

Before DUBINA, Chief Judge, TJOFLAT and PRYOR, Circuit Judges.

PER CURIAM:

Raymond A. Pierson, appointed counsel for Alioune Ndiongue in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Ndiongue's conviction and sentence are **AFFIRMED.**